# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| MAUREEN LESCHEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. |
| FISERVE GLOBAL SERVICES, INC., d/b/a FISERVE, a/k/a Fiserv Solutions, LLC, a foreign corporation, | ) ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF EMILY SANTARSIERO

I submit the following declaration on behalf of defendant Fiserv Global Services, Inc.:

1. My name is Emily Santarsiero. I am more than 21 years of age and competent to testify to the facts set forth in this declaration if called upon to do so. The facts set forth in this declaration are based on my personal knowledge and review of corporate records.

2. I currently occupy the position of VP Human Resources for Fiserv Solutions, LLC, the entity that made the employment decision at issue in this action. As part of my job responsibilities, I have access to compensation and benefits records and information for certain employees/positions at Fiserv Solutions, LLC.

3. Plaintiff was employed by Bank of America Merchant Services LLC ("BAMS") for a number of years in the position of National Partner Sales Specialist.

4. BAMS was formed in 2009 as a joint venture between Bank of America ("BoA") and First Data Corporation ("First Data") to provide merchant financial processing services.

5. On January 16, 2019, Fiserv, Inc. ("Fiserv") and First Data announced that their respective boards of directors had approved a merger agreement under which Fiserv would


EXHIBIT B
to Notice of Removal

acquire First Data in an all-stock transaction. On July 29, 2019, Fiserv announced it had completed its acquisition of First Data.

6. At the same time Fiserv acquired First Data (July 2019), First Data and BoA announced that they would be pursuing independent merchant services strategies effective June 2020 when the BAMS joint venture agreement between the two companies expired. Having decided to conclude their joint venture, BoA and First Data (now owned by Fiserv) began the planning process for the wind-down of BAMS, and the transition of customer relationships and employees between the two companies. As part of this process, BAMS (Fiserv and BoA) reviewed and assigned current BAMS' customers to either BoA or Fiserv. Fiserv and BoA generally considered and reviewed employee resources they would need following the division of BAMS' customers and business between BoA and Fiserv.

7. The BAMS dissolution plan between BoA and Fiserv generally provided that BAMS employees would receive an offer to transfer their employment with either BoA or Fiserv Solutions, LLC. If it was determined that the offer was not comparable to the BAMS employee's current role, the BAMS employee would be offered an enhanced transition package.

8. Maureen Leschel was considered, but ultimately not selected for, a Franchise Specialist position within Fiserv Solutions, LLC's Global Sales and Client Relationship Group.

9. Had Ms. Leschel been offered a Franchise Specialist position with Fiserv Solutions, LLC, her base annual compensation would have been at least $65,000. Additionally, Ms. Leschel would have been eligible to receive sales incentive compensation (commissions).

10. The Franchise Specialist position was also eligible for a number of employee benefits (health insurance, 401(k) saving plan, employee stock purchase plan, R&R (vacation) and others). These employee benefits had an average annual value of approximately $13,000.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, 2021.

*DocuSigned by:*
*Emily Santarsiero*
AFB5958A7BF4429...

Emily Santarsiero
VP Human Resources