## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| MAUREEN LESCHEL, | ) |
|     Plaintiff, | ) |
| v. | )    Case No. |
| FISERVE GLOBAL SERVICES, INC., d/b/a FISERVE, a/k/a Fiserv Solutions, LLC, a foreign corporation, | ) |
|     Defendant. | ) |

### DECLARATION OF KATIE MANNO

I submit the following declaration on behalf of defendant Fiserv Global Services, Inc.:

1. My name is Katie Manno. I am more than 21 years of age and competent to testify to the facts set forth in this declaration if called upon to do so. The facts set forth in this declaration are based on my personal knowledge and review of corporate records.

2. I currently occupy the position of VP, Assistant General Counsel, with Fiserv Solutions, LLC, a wholly-owned subsidiary of Fiserv, Inc. As part of my job responsibilities, I am familiar with, and have personal knowledge of, the organizational structure of Fiserv, Inc. and its affiliate companies, and also have access to entity organization records which reflect the current company status of Fiserv Global Services, Inc.

3. Fiserv Global Services, Inc. was a subsidiary of Fiserv, Inc. up until June 30, 2020. Until June 30, 2020, Fiserv Global Services, Inc. was a Delaware corporation, with its principal place of business in Brookfield, Wisconsin.

4. On June 30, 2020, Fiserv Global Services, Inc. merged into another entity, Fiserv Solutions, LLC, and is no longer an existing entity.



**EXHIBIT C**
to Notice of Removal

5. Fiserv Solutions, LLC is a Wisconsin limited liability company, organized under the laws of the state of Wisconsin. Fiserv Solutions, LLC's principal place of business is located in Brookfield, Wisconsin. Fiserv Solutions, LLC's sole member is Fiserv, Inc. Fiserv, Inc. is a Wisconsin corporation, with its principal place of business in Brookfield, Wisconsin.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, 2021.

*DocuSigned by:*
*Katie Manno*
—322EE493FA534D0...
Katie Manno
VP, Assistant General Counsel