UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| MAUREEN LESCHEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 0:21-cv-61190 |
| | ) |
| FISERVE GLOBAL SERVICES, INC., d/b/a FISERVE, a/k/a Fiserv Solutions, LLC, a foreign corporation, | ) ) ) |
| | ) |
| Defendant. | ) |

**NOTICE TO PLAINTIFF PURSUANT TO 28. U.S.C. § 1446(d)**
**OF FILING NOTICE OF REMOVAL**

TO:   Mark J. Berkowitz
        Mark J. Berkowitz, P.A.
        One Ten Tower
        110 SE 6th Street, Suite 1700
        Ft. Lauderdale, Florida 33301
        ATTORNEY FOR PLAINTIFF

PLEASE TAKE NOTICE that on the 8th day of June, 2021, Defendant Fiserv Global Services, Inc. ("Defendant"), improperly identified as "Fiserve Global Services, Inc., d/b/a Fiserve filed the attached Notice of Filing Notice of Removal with the Broward County Circuit Court, and filed the attached Notice of Removal in the United States District Court for the Southern District of Florida to remove said action to the United States District Court for the Southern District of Florida.

Dated on this 8th day of June, 2021.

                        Respectfully submitted,

                        **BRYAN CAVE LEIGHTON PAISNER LLP**

                By:   */s/ Paola Dukes*
                      Paola Dukes
                      Florida Bar No. 84274
                      200 South Biscayne Blvd., Ste 400
                      Miami, FL 33131
                      Tel: (786) 322-7500
                      Fax:  (786) 322-7501
                      dukesp@bclplaw.com

                      **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2021, the foregoing was served via email and regular U.S. Mail to:

Mark J. Berkowitz
Mark J. Berkowitz, P.A.
One Ten Tower
110 SE 6th Street, Suite 1700
Ft. Lauderdale, Florida 33301
ATTORNEY FOR PLAINTIFF

                      */s/ Paola Dukes*
                      Attorney for Defendant

603737858