UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61190-ALTMAN/Hunt

**MAUREEN LESCHEL**,

    *Plaintiffs*,

v.

**FISERVE GLOBAL SERVICES, INC.**
*a foreign corporation*
*doing business as*
Fiserve,

    *Defendant*.

_____/

## ORDER

The parties filed a Joint Notice of Compliance [ECF No. 23], in which they indicated they had reached a settlement. Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **September 4, 2021**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 29th day of July 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record